

United States Courts
Southern District of Texas
ENTERED

NOV 2 4 2003

Michael N. Milby, Clerk of Court

El Aguila Food Products, Inc.  §
§
§
V  §  CIVIL ACTION H 03-427
Gruma Corporation, et al  §

---

ORDER

---

The parties shall withdraw from the Clerk their evidence and shall maintain it for purposes of appeal. They may photograph large exhibits and may copy original documents and shall substitute such photographs and copies for the original evidence for submission to the appeals court. All such substitutes shall be marked with the same exhibit number as used on the original.

The Clerk will enter this Order and notify all parties.

Signed at Houston, Texas this __20th__ day of

_____
Kenneth M. Hoyt
United States District Judge